# COURTROOM MINUTE SHEET

**CAUSE NO.** 4:01CV1668 MLM   **DATE:** 2/6/04

**JUDGE:** MLM

**COURT REPORTER:** C. Ahring (FTR Gold) / Sue Moran (after lunch break)

**DEPUTY CLERK:** C. Ahring

On Demand Machine Corp.
vs.
Ingram Industries, Inc., et al.

**ATTY(S) FOR PLTF(S)** William Cunningham, McPherson Moore, Mike Musich, Douglas Churovich, David Helfrey

**ATTY(S) FOR DEFT(S)** Keith Rabenberg, Jennifer Hoekel

**DEFT PRESENT**

**PARTIES PRESENT FOR** Pretrial Conference. Court hears argument. Docket Text orders to follow.

**WITNESSES:**

**ATTY(S) PRESENT:**

**COURTROOM TIME:** 9:11 - 3:11
Lunch 11:43 - 12:57